Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Napoleon Ebarle and Jeanne Stamm,

             Plaintiff(s),

   v.

LifeLock, Inc.

             Defendant(s).

Case No: 3:15-cv-00258

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Cynthia A. Ricketts, an active member in good standing of the bar of Supreme Court of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LifeLock, Inc. in the above-entitled action. My local co-counsel in this case is Luanne Sacks, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2800 N. Central Ave., STE 1230<br>Phoenix, AZ 85004 | 177 Post Street, STE 650<br>San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (602) 385-3370 | (415) 549-0580 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cricketts@srclaw.com | lsacks@srclaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AZ 012668.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/27/15

                                         Cynthia A. Ricketts
                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Cynthia A. Ricketts is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 6, 2015.

                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE