LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
cricketts@srclaw.com
SACKS, RICKETTS & CASE LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

Attorneys for Defendant
LifeLock, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE and JEANNE STAMM, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:15-CV-00258-HSG<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Having reviewed the Joint Stipulation Modifying the Briefing Schedule on Defendant's Motion to Dismiss (the "Stipulation") and with good cause appearing;

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have through and including March 27, 2015, in which to file a response to Defendant's Motion to Dismiss (Dkt. 24).

**IT IS FURTHER ORDERED** that Defendant shall have through and including April 9, 2015, in which to file a reply in support of its Motion to Dismiss (Dkt. 24).

Dated: March 13, 2015.

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

_____
PROPOSED ORDER
CASE NO. 3:15-CV-00258-HSG