1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  SACKS, RICKETTS & CASE LLP
   177 Post Street, Suite 650
3  San Francisco, CA 94108
   Telephone: 415-549-0580
4  Facsimile: 415-549-0640

5  CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
   cricketts@srclaw.com
6  SACKS, RICKETTS & CASE LLP
   2800 North Central Avenue, Suite 1230
7  Phoenix, AZ 85004
   Phone: (602) 385-3370
8  Fax: (602) 385-3371

9  Attorneys for Defendant
   LifeLock, Inc.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  NAPOLEON EBARLE and JEANNE            )  Case No. 3:15-CV-00258-HSG
    STAMM, on behalf of themselves and all )
14  others similarly situated,            )
                                          )  **ORDER ON JOINT STIPULATION**
15                                        )  **REGARDING AMENDED COMPLAINT**
                    Plaintiffs,           )
16                                        )
          vs.                             )
17                                        )
    LIFELOCK, INC., a Delaware corporation, )
18                                        )
                    Defendant.            )
19  _____  )

20      Having reviewed the Joint Stipulation Regarding Amended Complaint (the "Stipulation")

21  and with good cause appearing;

22      **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

23      **IT IS FURTHER ORDERED** that Defendant shall have through and including April

24  28, 2015, in which to answer or otherwise respond to the amended complaint (Dkt. 31).

25      **IT IS FURTHER ORDERED** that Plaintiffs shall have through and including May 19,

26  2015, in which to file an opposition to any motion to dismiss the amended complaint that

27  Defendant may file.

28

_____

1   **IT IS FURTHER ORDERED** that Defendant shall have through and including June 2,

2   2015, in which to file a reply in support of any motion to dismiss the amended complaint that

3   Defendant may file.

4   **IT IS FURTHER ORDERED** that the April 23, 2015, hearing previously set on

5   Defendant's motion to dismiss the original complaint (Dkt. 24) is vacated as moot.

6

7   Dated: April 9, 2015.                          _____

8                                                  Hon. Haywood S. Gilliam, Jr.
                                                   United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

[PROPOSED] ORDER
CASE NO. 3:15-CV-00258-HSG