LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
cricketts@srclaw.com
SACKS, RICKETTS & CASE LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

Attorneys for Defendant
LifeLock, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NAPOLEON EBARLE and JEANNE STAMM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:15-CV-00258-HSG<br><br>**ORDER ON JOINT STIPULATION REGARDING AMENDED COMPLAINT** |
|---|---|

Having reviewed the Joint Stipulation Regarding Amended Complaint (the "Stipulation") and with good cause appearing;

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have through and including May 27, 2015, in which to answer or otherwise respond to the amended complaint (Dkt. 31).

**IT IS FURTHER ORDERED** that Plaintiffs shall have through and including June 17, 2015, in which to file an opposition to any motion to dismiss the amended complaint that Defendant may file.

_____

~~PROPOSED~~ ORDER
CASE NO. 3:15-CV-00258-HSG

1 **IT IS FURTHER ORDERED** that Defendant shall have through and including July 1,
2 2015, in which to file a reply in support of any motion to dismiss the amended complaint that
3 Defendant may file.

Dated: May 4, 2015.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge