1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  SACKS, RICKETTS & CASE LLP
   177 Post Street, Suite 650
3  San Francisco, CA 94108
   Telephone: 415-549-0580
4  Facsimile: 415-549-0640

5  CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
   cricketts@srclaw.com
6  SACKS, RICKETTS & CASE LLP
   2800 North Central Avenue, Suite 1230
7  Phoenix, AZ 85004
   Phone: (602) 385-3370
8  Fax: (602) 385-3371

9  Attorneys for Defendant
   LifeLock, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE, JEANNE STAMM, and BRIAN LITTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:15-CV-00258-HSG<br><br>**ORDER ON JOINT STIPULATION REGARDING AMENDED COMPLAINT** |

   Having reviewed the Joint Stipulation Regarding Amended Complaint (the "Stipulation") and with good cause appearing;

   **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

   **IT IS FURTHER ORDERED** that this matter is stayed pending the outcome of the parties' July 1, 2015, mediation.

///

///

///

---

PROPOSED ORDER
CASE NO. 3:15-CV-00258-HSG

1    **IT IS FURTHER ORDERED** that the Parties shall have through and including July 10,
2    2015, to file either (1) a notice of proposed settlement and schedule for submission of a motion
3    for preliminary approval of the proposed settlement or (2) a proposed briefing schedule for
4    Defendant's motion to dismiss Plaintiff's Amended Complaint (Dkt. 31) along with a joint
5    request that the stay be lifted.

7    Dated: May 22, 2015.  
8    *[signature: Haywood S. Gilliam Jr.]*  
     Hon. Haywood S. Gilliam, Jr.  
     United States District Judge

_____

~~PROPOSED~~ ORDER  
CASE NO. 3:15-CV-00258-HSG