1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  SACKS, RICKETTS & CASE LLP
   177 Post Street, Suite 650
3  San Francisco, CA 94108
   Telephone: 415-549-0580
4  Facsimile: 415-549-0640

5  CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
   cricketts@srclaw.com
6  SACKS, RICKETTS & CASE LLP
   2800 North Central Avenue, Suite 1230
7  Phoenix, AZ 85004
   Phone: (602) 385-3370
8  Fax: (602) 385-3371

9  Attorneys for Defendant
   LifeLock, Inc.

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | NAPOLEON EBARLE, JEANNE STAMM,         ) Case No. 3:15-CV-00258-HSG
   | and BRIAN LITTON, on behalf of themselves )
15 | and all others similarly situated,          ) **ORDER ON JOINT STIPULATION**
   |                                             ) **REGARDING AMENDED COMPLAINT**
16 |              Plaintiffs,                    )
   |                                             )
17 |     vs.                                     )
   |                                             )
18 | LIFELOCK, INC., a Delaware corporation,     )
   |                                             )
19 |              Defendant.                     )

20      Having reviewed the Joint Stipulation Regarding Amended Complaint (the "Stipulation")

21 and with good cause appearing;

22      **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

23      **IT IS FURTHER ORDERED** that this matter is stayed pending the outcome of the

24 parties' August 18, 2015, mediation.

25 / / /

26 / / /

27 / / /

28

_____
                                        ~~PROPOSED~~ ORDER
                                        CASE NO. 3:15-CV-00258-HSG

1    **IT IS FURTHER ORDERED** that the Parties shall have through and including August
2    28, 2015, to file either (1) a notice of proposed settlement and schedule for submission of a
3    motion for preliminary approval of the proposed settlement or (2) a proposed briefing schedule
4    for Defendant's motion to dismiss Plaintiff's Amended Complaint (Dkt. 31) along with a joint
5    request that the stay be lifted.

7    Dated: July 8, 2015.                    _____
8                                            Hon. Haywood S. Gilliam, Jr.
                                             United States District Judge