1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  SACKS, RICKETTS & CASE LLP
   177 Post Street, Suite 650
3  San Francisco, CA 94108
   Telephone: 415-549-0580
4  Facsimile: 415-549-0640

5  CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
   cricketts@srclaw.com
6  SACKS, RICKETTS & CASE LLP
   2800 North Central Avenue, Suite 1230
7  Phoenix, AZ 85004
   Phone: (602) 385-3370
8  Fax: (602) 385-3371

9  Attorneys for Defendant
   LifeLock, Inc.

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| NAPOLEON EBARLE, JEANNE STAMM, and BRIAN LITTON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:15-CV-00258-HSG<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION REGARDING AMENDED COMPLAINT** |

20　　　Having reviewed the Joint Stipulation Regarding Amended Complaint (the "Stipulation")

21  and with good cause appearing;

22　　　**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

23　　　**IT IS FURTHER ORDERED** that this matter is stayed while the Parties attempt to

24  negotiate and finalize the terms of a definitive settlement agreement.

25　　　**IT IS FURTHER ORDERED** that the Parties shall have through and including October

26  15, 2015, to file either (1) a notice of proposed settlement and schedule for submission of a

27  motion for preliminary approval of the proposed settlement or (2) a proposed briefing schedule

28

_____

1  for Defendant's motion to dismiss Plaintiff's Amended Complaint (Dkt. 31) along with a joint
2  request that the stay be lifted.

4  Dated: August  27 , 2015.

   *[signature: Haywood S. Gilliam Jr.]*
   Hon. Haywood S. Gilliam, Jr.
   United States District Judge

___