LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
cricketts@srclaw.com
SACKS, RICKETTS & CASE LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

Attorneys for Defendant
LifeLock, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE, JEANNE STAMM, and BRIAN LITTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:15-CV-00258-HSG<br><br>**ORDER ON JOINT STIPULATION REGARDING CONTINUED STAY** |

Having reviewed the Joint Stipulation Regarding Continued Stay (the "Stipulation") and with good cause appearing;

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is stayed an additional thirty (30) days to enable the Parties to negotiate and reach agreement on final settlement terms.

**IT IS FURTHER ORDERED** that the Parties shall have through and including November 16, 2016, to file either (1) a notice of proposed settlement and schedule for submission of a motion for preliminary approval of the proposed settlement or (2) a proposed

_____

1  briefing schedule for Defendant's motion to dismiss Plaintiff's Amended Complaint, along with
2  a joint request that the stay be lifted.
3
4  Dated: Ocotber 15, 2015.
5                              Hon. Haywood S. Gilliam, Jr.
                            United States District Judge

_____