CARNEY BATES & PULLIAM, PLLC
Joseph Henry ("Hank") Bates (CA #167688)
hbates@cbplaw.com
Randall K. Pulliam (admitted *pro hac vice*)
rpulliam@cbplaw.com
One Cantrell Building
2800 Cantrell, Suite 510
Little Rock, AR  72212
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (CA #194857)
msobol@lchb.com
Nicole D. Sugnet (CA #246255)
nsugnet@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE, JEANNE STAMM, BRIAN LITTON, and REINER JEROME EBARLE on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFELOCK, INC.,<br><br>Defendant. | Case No.  3:15-cv-00258<br><br>**JOINT PROPOSED REVISED CLASS NOTICES IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs' unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 49) came for hearing before the Court on December 17, 2015.  During the hearing, the parties informed the Court that they planned to submit a revised proposed summary notice and a revised proposed long-form notice (also referred to as FAQs) that would inform Class members of the parties' estimates regarding Class member and Subclass member payments and would also inform Class members that a settlement between LifeLock and the Federal Trade Commission was reached.   Since the December 17, 2015, hearing, the Arizona District Court has approved the settlement between LifeLock and the Federal Trade Commission.  The parties have agreed to inform Class members of this fact as well.

The parties herewith submit their proposed revised class notices.  Attached as Exhibit A is a redline version of the summary notice showing the parties' edits to that notice, and attached as Exhibit B is a clean version of the summary notice incorporating those edits.  Attached as Exhibit C is a redline version of the long-form notice showing the parties' edits to that notice, and attached as Exhibit D is a clean version of the long-form notice incorporating those edits.

The parties are contemporaneously submitting a revised Proposed Order Granting Preliminary Approval of Class Settlement, noting these revisions in Paragraph 11.

Dated:  December 29, 2015			Respectfully submitted,


By:  /s/ Hank Bates
CARNEY BATES & PULLIAM, PLLC
Joseph Henry ("Hank") Bates (CA #167688)
Randall K. Pulliam (admitted *pro hac vice*)
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Telephone:  (501) 312-8500
Fax:  (501) 312-8505

| | |
|---|---|
| 1 | |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | Michael W. Sobol (CA #194857) msobol@lchb.com |
| 4 | Nicole D. Sugnet (CA #246255) nsugnet@lchb.com |
| 5 | 275 Battery Street, 29th Floor San Francisco, CA  94111-3339 |
| 6 | Telephone:  (415) 956-1000 Facsimile:  (415) 956-1008 |

*Attorneys for Plaintiffs*

By:  /s/ Luanne Sacks
SACKS, RICKETTS & CASE LLP
Luanne Sacks (CA #120811)
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

SACKS, RICKETTS & CASE LLP
Cynthia Rickets (admitted *pro hac vice*)
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

*Attorneys for LifeLock, Inc.*

## **ATTESTATION**

I, Hank Bates, am the ECF user whose identification and password are being used to file this Joint Proposed Revised Class Notices.  I hereby attest that Luanne Sacks has concurred in this filing.

By:  /s/ Hank Bates