Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ebarle

Plaintiff(s),

v.

Lifelock, Inc.

Defendant(s).

Case No: 3:15-cv-00258

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John J Pentz, an active member in good standing of the bar of District of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: James E. Pentz in the above-entitled action. My local co-counsel in this case is C. Benjamin Nutley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 19 Widow Rites Lane<br>Sudbury, MA 01776 | 1055 E. Colorado Blvd.<br>Pasadena, CA 91106 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (978) 261-5725 | (626) 204-4060 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jjpentz3@gmail.com | nutley@zenlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 561907.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/08/16

John J Pentz
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John J Pentz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/8/2016

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

UNITED STATES DISTRICT COURT

District of Massachusetts

CERTIFICATE OF

GOOD STANDING

I, Robert M. Farrell, Clerk of this Court, certify that **John J. Pentz, III**, Bar **561907**, was duly admitted to practice in this Court on **September 15, 1995**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **April 04, 2016**

_____
**Robert M. Farrell**
CLERK

_____
DEPUTY CLERK