Class Action Settlement Notice

04/9/2016

I Billy Mc Bride / Claim I.D. Number (6B35F0033)

OBJECT To The Settlement For a Class Members. Class Counsel's Fee Application By Writing you will The Settlement Administrator, at the Address, OBJECTION on Postmarked By March 18, 2016 and April 14, 2016 Each Four Class Representatives Class Counsel's Fee Request

Address to Settlement Administrator Claim Forms Barle V. Hill Rock, INC. Settlements Class Action Settlement Group, LhC, P.O. Box 10248 Dublin, Ohio 43017

24854NP2

Class Action Settlement
Notice
04/18/-2016

I Billy McBride
Claim I.D. Number

6B35F00331

OBJECT to the Settlement

For a Claim Form in
Writing here For a Payment
under the Settlement of
April 14, 2016 Requests
For Objections to the
Settlement Mailed to
Settlement Administrator's
ADdress EBarle V. Lifelock INC.
Settlement C/O Garden City
Group Ltd. P.O. Box 10248
Dublin Ohio 43017

24854NP2

Class Action Settlement

Claim I.D. Numbers

Billy McBride
6B35F00331

Danny McBride
4437D83FEB

Danny McBride
ADB6E7E7B2

Address of 2216 WEST
Boane Ave Apt # 6
Eupora, Mississippi 39744

For Three



24854NP2

*arle, et al. v. LifeLock, Inc.*
Garden City Group, LLC
). Box 10248
blin, OH 43017-5748

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
K&H

rwarding Service Requested



LL200090348460

***************AUTO**3-DIGIT 397

DANNY MCBRIDE
APT 6
2216 W ROANE AVE
EUPORA MS 39744-3147

Claim ID: ADB6E7E7B2



253144

Claim ID: ADB6E7E7B2

## Class Action Settlement Notice

**If you were a member of a LifeLock identity theft protection plan at any time between September 2010, and January 20, 2016, you are eligible to receive a cash payment. The sole purpose of this notice is to inform you of the proposed Settlement so that you may decide what to do.**

*A federal court authorized this notice. This isn't a solicitation from a lawyer. You aren't being sued.*

**WHAT IS THIS CASE ABOUT?** A proposed Settlement has been reached in the nationwide class action lawsuit, *Eb... et al. v. LifeLock, Inc.*, Case. No. 3:15-CV-00258 (HSG) ("Lawsuit"). This Lawsuit challenges representations Life... made, which generally fall into four categories: (1) LifeLock's promise to provide "comprehensive" services in det... fraud; (2) LifeLock's promise to provide timely and continuous alerts of potential fraud 24 hours a day, 7 days a week... days a year; (3) LifeLock's promise regarding its information security program; and (4) LifeLock's promise to provide pro... "$1 Million Total Service Guarantee." LifeLock denies all allegations or that it did anything wrong. Under the pro... Settlement, LifeLock has agreed to pay $68 million into a Settlement fund.

**WHO IS INCLUDED?** If you were a member of a LifeLock identity theft protection plan at any time between Sept... 1, 2010 and January 20, 2016, you are a Class Member. If you enrolled in a LifeLock identity theft protection... between January 1, 2012, and January 30, 2015, you are also a Subclass Member.

**HOW DO I GET A CASH PAYMENT IF THE SETTLEMENT IS APPROVED?** All Class members may sub... Claim Form to receive a cash payment. Subclass Members who do not exclude themselves from the Settleme... receive a cash payment regardless of whether they submit a claim, but will receive an *additional* payment un... Settlement if they submit a valid claim. Subclass Members will likely receive between about $34 and $39 if they do... do make a claim and nothing if they do not make a claim. All other Class Members will likely receive $20... claim and between about $14 and $19 if they do not make a claim. Actual payment amounts could be less than the above est...

Claim Forms may be obtained at **www.EbarleClassSettlement.com** and may be submitted online or download... mailed or emailed to the Settlement Administrator at the address below. For a Claim Form to be considered it m... submitted online or emailed or postmarked by **April 29, 2016**.

**YOUR OTHER OPTIONS.**

**Exclude Yourself:** If you don't want to be bound by the Settlement and any judgment in the Lawsuit, you can... yourself by emailing or mailing to the Settlement Administrator at the address below a written request stating (1) y... name and address and (2) requesting to be excluded from the Settlement. This request must be emailed or postma... **April 14, 2016**. If you exclude yourself, you won't get a cash payment from this Settlement. If you don't exclude... and the Settlement is approved, you will be bound by its terms and cannot later sue LifeLock about the claim... Lawsuit.

**Object to the Settlement:** If you don't exclude yourself, you may object to the Settlement. Any objection must be... writing and emailed or mailed to the Settlement Administrator at the address below, and must be emailed or postma... **April 14, 2016**. You may object to the Settlement and also submit a claim for a payment under the Settlement.

**Attend the Hearing:** The Court will hold a hearing on **June 23, 2016, at 2:00 p.m.**, to consider whether to approve... Settlement, (2) up to $10.2 million in attorneys' fees and expenses to Class Counsel; and (3) service awards of... each Class Representative. You may appear at the hearing, but you don't have to. You may hire your own at... appear for you.

**CLASS COUNSEL'S FEE REQUEST.** Class Counsel intends to ask the Court to award attorneys' fees and ex... up to $10,200,000, and to award a $2,000 service award to each of the four Class Representatives. Class Counsel... service award application will be available at www.EbarleClassSettlement.com by **March 18, 2016**. Class Mem... object to Class Counsel's fee application by writing or emailing the Settlement Administrator at the address be... objection must be emailed or postmarked by **April 14, 2016**.

**SETTLEMENT ADMINISTRATOR'S ADDRESS.** Claim forms, requests for exclusion, or objections to the... may be mailed to Ebarle v. LifeLock, Inc. Settlement, c/o Garden City Group, LLC, P.O. Box 10248, Dublin, OH... may be emailed to info@EbarleClassSettlement.com.

For more information or to submit a claim online,
visit **www.EbarleClassSettlement.com** or call 1 (855) 907-3140.

Billy McBride
Roane Ave., Apt. 6
MS 39744

Billy McBride
2216 W. Roane Ave., Apt. 6
Eupora, MS 39744

illy McBride
Roane Ave., Apt. 6
ora, MS 39744

FOREVER/USA

EbARLE, V. Life-Lock, INC.
Settlement, C/O Garden, City
Group, LLC,
P.O. Box 10248, Dublin, OHiO
43017

CASE #1 NAme Brenda L. Tracy                    [191185]          April 11, 2016
            Claim ID: 6A370AF9E8   "Credit Dept."
            Settlement Administrator
                              LL200063774922 forwarding Service Requested
        RE: Class Action Settlement lawsuit Notice, Identity
   theft protection plan between Sept. 1, 2010 - January 20, 2016
   about a proposed Settlement Nationwide Class Action
   notice, Ebarle, et al v. lifeLock, Inc., NO 3:15-CV-00258
(HSG) ("Lawsuit") The lawsuit Challenges Representations it
made. The information About Security programs. $1 million
total Service Guarantee. The 68 million was agreed on
a Settlement fund. Subclass members. Claim Postmarked by April14,
   The Claim form with a valid Claim for a payment under
the Settlement judgement, I object Some 1.) because I am unable
to attend the hearing on June 23, 2016 at 2:00 p.m. to
Consider whether to approve the Settlement at Ebarle v lifeLock,
Inc. Settlement. Com Inc. Settlement C/O Garden City Group, LLC
P.O. Box 10248, Dublin, OH 43017. my full NAme and address
is  Brenda L. Tracy  109 Eldon LN. Harpursville, N.Y. 13787-1980
C/O Catholic Charities ⟩ How to Submit A valid Claim under "ALert+
            C/C DiR         Exclude - Object to Get A Proposed Settlement
                            Allotment   Award - reward + PAYMENT.
   2.) The Court Awards Attorneys fee's + expenses up to 10,200,000
      if One Could represent my case at office for the aging legal
   Aide, And to award 2,000.00 Service Award to each of
   the Class Reps. 4 members of 2,000.00. Class Counsel fee's + Servi
   Award Applications will be available at www. EbarleClassSettle
   Class Counsels members may Object to a Class fee    Com by mA
   Application by e-mailing the Settlement At the address 18, 2016
   The members Can Contact the Settlement Advisor to Submit A Claim
   or for more info. Online or CAll 1-(855) 907-3140 A Federa
                                            REPLY REQUESTED
        Court Authorized this notice.
      Settlement Administrator's Address. Claim forms, requests for Exclusio
   or objections to the Settlement C/O Garden City Group, LLC, P.O. Box 10248
   Dublin, OH 43017, I was a member of LifeLock. Please Submit my valid Clain
                               for a decision on the Settlement Payment. Brenda J.
                                                                    thanks

Claim ID. DC BB 1B 7171
Claim ID 6A37QAFQEQ (Valid Claim) LL 20011477829B            April 11, 2016
                                                                    Submit.
Case#2   RE: Class Action Settlement Notice. Nationwide proposed Notice.
                                    Credit Dept:
Options: I am Brenda Tracy, reside at 109 Eldon LN
Harpursville NY 13787-0000  Case.No. 3:15-CV-00258(HSG
                              (                               ("Lawsuit"
Settlement judgement, awards - rewards valid Claims
for payments. Award Applications. Options  Object, Exclude
the Hearing Attendence. Submit valid Claim for payment
or Award. Postmarked by April 14, 2016
For A decision on the Alert on Lifelock Comprehensive
Services and a possible  Settlement fund for
Class members & Subclass members, Additional payment's
The 68 million Settlement fund has agreed to redistribute the
funds through www.EarleClassSettlement.Com   Submit online or postmarked
by April 29, 2016. Claims in a lawsuit under Service Awards of
$2,000.00  to each Class Representative. Class Counsels .
Claim form  Consideration and Class member Comprehensive
Insurance Application & possible Settlement & payments.
    Please Submit request & respond to the notice.
                                    thanks,
                                    Brenda Tracy

Auxillary Spousal (member)
R. fisher


            visit www.EarleClassSettlement.Com or call
                                              1 (855) 907 - 3140
        A federal Court Authorized this
                notice. You are not being sued.



SYRACUSE NY 130

12 APR 2016 PM 5 T

43017385748

Settlement Administor
Ebarle v. Lifelock, Inc. Settlement
C/o Garden City Group LLC,
PO Box 10248 Dublin, OH
43017

Brenda Tracy
109 Eldon Ln.
Harpursville, NY 13787

Submit VAlid Claims
#1 & #2

info @
Ebarle.ClassSettlement.Com

1. Cindy Cartwright - D95F958C7F



2/24/2014

Attention: Settlement Administrator

Please let it be recorded that I, Cindy Cartwright, class member, do object to Class Counsel's fee application.

Thank you,
Cindy Cartwright

Garden City Group, LLC
MAR -7 2016

Eberle v. LifeLock, Inc. Settlement
c/o Garden City Group
P.O. Box 10248
Dublin, OH   43017

4301757484848

NORTH HOUSTON TX 773
26 FEB 2016 PM 9 L

FOREVER USA

I am Clinton Petrey and have been a lifelock member for years and I want to object to the E barle Class settlement.

Object to $10.2 million in Attorney's fees and a stufidid amount of $68 million cost to Lifelock.

Clinton Petrey
P.O. Box 25
Dennis Tx 76439

MAR 1 6 2016



Mr. Clinton Petrey
PO Box 25
Dennis, TX 76439

NORTH TEXAS TX FRDC
DALLAS, TX 750
13 MAY 2016 PM 5 L

Settlement Administrator
Ebarle v. Lifelock Inc. Settlement
c/o Garden City Group, LLC
PO Box 10248
Dublin, OH 43017

To Settlement Administrator

As CLASS and SUBCLASS members:
We (Karen Flory and Clyde Flory) object to the magnitude
of the Class Counsel's fees and request they divulge
the hourly rate of charged compensation and the
number of hours spent.

Thank you.

Karen Flory                    04/06/2016
Karen Flory

Clyde Flory                    04/06/2016
Clyde Flory

Class Action Settlement
Notice
04/9/2016
I Billy Mc Bride / Claim I.D.
Number (6B35F00331)
OBJECT To The Settlement
For a Class Members Class
Counsel's Fee Application
By Writing you will the
Settlement
Administrator, at the
Address, OBJECTION on
Postmarked By March 18,
2016 and April 14, 2016
Each Four Class
Representatives
Class Counsel's Fee
Request
Address to Settlement
Administrator Claim Forms
Earle V. I/Hood, INC.
Settlement Jacdon City
Group, LhC, P.O B 10248
Dublin, Ohio 43017

24854NP2

Class Action Settlement
Notice
04/18/-2016

I, Billy McBride
Claim I.D. Number

6B35F00331

OBJECT to the Settlement

For a Claim Form in
Writing here For a Payment
under the Settlement of
April 14, 2016 Requests
For Objections to the
Settlement Mailed to
Settlement Administrator's
ADDress EBarle V. Lifelock INC.
Settlement C/O Garden City
Group Ltd PO Box 10248
Dublin OHIO 43017

24854NP2

Class Action Settlement
Claim I.D. Numbers

Billy Mc Bride
6B35F00331

Danny Mc Bride
4437D83FEB

Danny McBride
ADB6E7E7B2

Address of 2216 WEST
Boane Ave Apt # 6
Eupora, Mississippi 39744

For Three



24854NP2

Garden City Group, LLC
O. Box 10248
blin, OH 43017-5748

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
K&H

rwarding Service Requested



LL200090348460

**************AUTO**3-DIGIT 397

DANNY MCBRIDE
APT 6
2216 W ROANE AVE
EUPORA MS 39744-3147

Claim ID: ADB6E7E7B2



253144

Claim ID: ADB6E7E7B2

# Class Action Settlement Notice

**If you were a member of a LifeLock identity theft protection plan at any time between September 2010, and January 20, 2016, you are eligible to receive a cash payment. The sole purpose of this notice is to inform you of the proposed Settlement so that you may decide what to do.**

**WHAT IS THIS CASE ABOUT?** A proposed Settlement has been reached in the nationwide class action lawsuit *Eb... et al. v. LifeLock, Inc.*, Case. No. 3:15-CV-00258 (HSG) ("Lawsuit"). This Lawsuit challenges representations Life... made, which generally fall into four categories: (1) LifeLock's promise to provide "comprehensive" services in det... fraud; (2) LifeLock's promise to provide timely and continuous alerts of potential fraud 24 hours a day, 7 days a week... days a year; (3) LifeLock's promise regarding its information security program; and (4) LifeLock's promise to provide... "$1 Million Total Service Guarantee." LifeLock denies all allegations or that it did anything wrong. Under the pro... Settlement, LifeLock has agreed to pay $68 million to a Settlement fund.

**WHO IS INCLUDED?** If you were a member of a LifeLock identity theft protection plan at any time between Sept... 1, 2010 and January 20, 2016, you are a Class Member. If you enrolled in a LifeLock identity theft protection... between January 1, 2012, and January 30, 2015, you are also a Subclass Member.

**HOW DO I GET A CASH PAYMENT IF THE SETTLEMENT IS APPROVED?** All Class members may sub... Claim Form to receive a cash payment. Subclass Members who do not exclude themselves from the Settleme... receive a cash payment. Subclass Members will likely receive between about $34 and $39 if they do... do make a claim and nothing if they do not make a claim. All other Class Members will likely receive $20... Settlement if they submit a valid claim. Subclass Members will likely receive between about $19 and $14 if they do... claim and between about $14 and $19 if they do not make a claim. Actual payment amounts could be less than the above est... Claim Forms may be obtained at www.EbarleClassSettlement.com and may be submitted online or download... mailed or emailed to the Settlement Administrator at the address below. For a Claim Form to be considered it m... submitted online or emailed or postmarked by April 29, 2016.

**YOUR OTHER OPTIONS.**
**Exclude Yourself:** If you don't want to be bound by the Settlement and any judgment in the Lawsuit, you can... yourself by emailing or mailing to the Settlement Administrator at the address below a written request stating (1) y... name and address and (2) requesting to be excluded from the Settlement. This request must be emailed or postma... April 14, 2016. If you exclude yourself, you won't get a cash payment from this Settlement. If you don't exclude... and the Settlement is approved, you will be bound by its terms and cannot later sue LifeLock about the claim... Lawsuit.

**Object to the Settlement:** If you don't exclude yourself, you may object to the Settlement. Any objection must be... writing and emailed or mailed to the Settlement Administrator at the address below, and must be emailed or postma... April 14, 2016. You may object to the Settlement and also submit a claim for a payment under the Settlement.

**Attend the Hearing:** The Court will hold a hearing on **June 23, 2016, at 2:00 p.m.**, to consider whether to approve... Settlement, (2) up to $10.2 million in attorneys' fees and expenses to Class Counsel; and (3) service awards of... each Class Representative. You may appear at the hearing, but you don't have to. You may hire your own at... appear for you.

**CLASS COUNSEL'S FEE REQUEST.** Class Counsel intends to ask the Court to award attorneys' fees and ex... up to $10,200,000, and to award a $2,000 service award to each of the four Class Representatives. Class Counsel... service award application will be available at www.EbarleClassSettlement.com by **March 18, 2016**. Class Mem... object to Class Counsel's fee application by writing or emailing the Settlement Administrator at the address be... objection must be emailed or postmarked by **April 14, 2016**.

**SETTLEMENT ADMINISTRATOR'S ADDRESS.** Claim forms, requests for exclusion, or objections to the... may be mailed to Ebarle v. LifeLock, Inc. Settlement, c/o Garden City Group, LLC, P.O. Box 10248, Dublin, OH... may be emailed to info@EbarleClassSettlement.com.

For more information or to submit a claim online, visit www.EbarleClassSettlement.com or call 1 (855) 907-3140.

*A federal court authorized this notice. This isn't a solicitation from a lawyer. You aren't being sued.*

Billy McBride
Roane Ave., Apt. 6
MS 39744

Billy McBride
2216 W. Roane Ave., Apt. 6
Eupora, MS 39744

illy McBride
. Roane Ave., Apt. 6
ora, MS 39744

FOREVER/USA

EbARhE, V. Life-Lock, INC.
Settlement, C/O Garden, City
Group, LhC,
P.O. Box 10248, Dublin, OHiO
43017

1X55578

Class Action Settlement
Notice
04/9/2016
I Billy Mc Bride/Claim I.D.
Number (6B35F00331)
OBJECT To The Settlement
For a Class Members Class
Counsel's Fee Application
By Writing you will The
Settlement
Administrator, at the
Address, OBJECTION on
Postmarked By March 18,
2016 and April 14, 2016
Each Four Class
Representatives
Class Counsel's Fee
Request
Address to Settlement
Administrator Claim Forms
Barle v. Fleetcor, INC.
Settlement Cardon City
Group, LLC, P.O. Box 10248
Dublin, Ohio 43017

24854NP2

Class Action Settlement
Notice
04/18/-2016

I Billy McBride
Claim I.D. Number

6B35F00331

OBJECT to the Settlement

For a Claim Form in
Writing here For a Payment
under the Settlement of
April 14, 2016 Requests
For Objections to the
Settlement Mailed to
Settlement Administrator's
ADdress, E Barle V. Lifelock INC.
Settlement C/O Garden City
Group, Ltd. P.O. Box 10248
Dublin, Ohio 43017

24854NP2

Class Action Settlement

Claim I.D. Numbers

Billy Mc Bride

6B35F00331

Danny Mc Bride

4437D83FEB

Danny McBride

ADB6E7E7B2

Address of 2216 WEST

Boane Ave Apt # 6

Eupora, Mississippi 39744

For Three



24854NP2

*arle, et al. v. LifeLock, Inc*
Garden City Group, LLC
Case 3:15-cv-00258-HSG   Document 74-9   Filed 05/13/16   Page 24 of 24

O. Box 10248
blin, OH 43017-5748

rwarding Service Requested

LL200090348460



****************AUTO**3-DIGIT 397

DANNY MCBRIDE
APT 6
2216 W ROANE AVE
EUPORA MS 39744-3147

Claim ID: ADB6E7E7B2

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
K&H




253144