Case 3:15-cv-00258-HSG   Document 74-10   Filed 05/13/16   Page 1 of 20

Claim ID: ADB6E7E7B2

Class Action Settlement Notice

**If you were a member of a LifeLock identity theft protection plan at any time between September [...], 2010, and January 20, 2016, you are eligible to receive a cash payment. The sole purpose of this notice is to inform you of the proposed Settlement so that you may decide what to do.**

**WHAT IS THIS CASE ABOUT?** A proposed Settlement has been reached in the nationwide class action lawsuit, *Ebarle et al. v. LifeLock, Inc.*, Case. No. 3:15-CV-00258 (HSG) ("Lawsuit"). This Lawsuit challenges representations LifeLock [...] made, which generally fall into four categories: (1) LifeLock's promise to provide "comprehensive" services in det[...]; (2) LifeLock's promise to provide timely and continuous alerts of potential fraud 24 hours a day, 7 days a week[...]; (3) LifeLock's promise regarding its information security program; and (4) LifeLock's promise to prov[...] days a year; "$1 Million Total Service Guarantee." LifeLock denies all allegations or that it did anything wrong. Under the pro[...] Settlement, LifeLock has agreed to pay $68 million to a Settlement fund.

**WHO IS INCLUDED?** If you were a member of a LifeLock identity theft protection plan at any time between Sep[...] 1, 2010 and January 20, 2016, you are a Class Member. If you enrolled in a LifeLock identity theft protection [...] between January 1, 2012, and April 30, 2015, you are also a Subclass Member.

**HOW DO I GET A CASH PAYMENT IF THE SETTLEMENT IS APPROVED?** All Class members may sub[...] Claim Form to receive a cash payment. Subclass Members who do not exclude themselves from the Settleme[...] receive a cash payment regardless of whether they submit a claim, but will receive an *additional* payment up[...] Settlement if they submit a valid claim. Subclass Members will likely receive between about $34 and $39 if they do [...] claim and between about $14 and $19 if they do not make a claim. All other Class Members will likely receive $20[...] do make a claim and nothing if they do not make a claim. Actual payment amounts could be less than the above est[...] Claim Forms may be obtained at www.EbarleClassSettlement.com and may be submitted online or download[...] mailed or emailed to the Settlement Administrator at the address below. For a Claim Form to be considered it m[...] **submitted online or emailed or postmarked by April 29, 2016.**

**YOUR OTHER OPTIONS.**

**Exclude Yourself:** If you don't want to be bound by the Settlement and any judgment in the Lawsuit, you can [...] yourself by emailing or mailing to the Settlement Administrator at the address below a written request stating (1) y[...] name and address and (2) requesting to be excluded from the Settlement. This request must be emailed or postma[...] **April 14, 2016.** If you exclude yourself, you won't get a cash payment from this Settlement. If you don't exclude [...] and the Settlement is approved, you will be bound by its terms and cannot later sue LifeLock about the claim[...] Lawsuit.

**Object to the Settlement:** If you don't exclude yourself, you may object to the Settlement. Any objection must be [...] writing and emailed or mailed to the Settlement Administrator at the address below, and must be emailed or postm[...] April 14, 2016. You may object to the Settlement and also submit a claim for a payment under the Settlement.

**Attend the Hearing:** The Court will hold a hearing on **June 23, 2016, at 2:00 p.m.**, to consider whether to approv[...] Settlement; (2) up to $10.2 million in attorneys' fees and expenses to Class Counsel; and (3) service awards of [...] each Class Representative. You may appear at the hearing, but you don't have to. You may hire you own a[...] appear for you.

**CLASS COUNSEL'S FEE REQUEST:** Class Counsel intends to ask the Court to award attorneys' fees and ex[...] up to $10,200,000, and to award a $2,000 service award to each of the four Class Representatives. Class Counsel[...] service award application will be available at **www.EbarleClassSettlement.com by March 18, 2016.** Class Mem[...] object to Class Counsel's fee application by writing or emailing the Settlement Administrator at the address be[...] objection must be emailed or postmarked by April 14, 2016.

**SETTLEMENT ADMINISTRATOR'S ADDRESS.** Claim forms, requests for exclusion, or objections to the [...] may be mailed to Ebarle v. LifeLock, Inc. Settlement, c/o Garden City Group, LLC, P.O. Box 10248, Dublin, OH [...] may be emailed to info@EbarleClassSettlement.com.

**For more information or to submit a claim online, visit www.EbarleClassSettlement.com or call 1 (855) 907-3140.**

*A federal court authorized this notice. This isn't a solicitation from a lawyer. You aren't being sued.*

Billy McBride
2216 W. Roane Ave., Apt. 6
Eupora, MS 39744

Billy McBride
2216 W. Roane Ave., Apt. 6
Eupora, MS 39744

Billy McBride
2216 W. Roane Ave., Apt. 6
Eupora, MS 39744

05 APR 2016 PM 2 L

FOREVER/USA

EbARhE, V. Life-Lock, INC.
Settlement, C/o Garden, City
Group, LLC,
P.O. Box 10248, Dublin, OHiO
43017

Re: Ebarle et al v. Lifelock, Inc., Case No. 3:15-CV-258-HSG;

We Object the Class Counsel's request for attorney's fees and expenses, and the request for service

Awards for each of the class representatives.

*Garden City Group, LLC — APR 1 9 2016*

Claim # 33FCEE5250

Deborah A. Smith, 170 Whitener Rd. Penrose, NC 28766

828-384-9080

Also, we object for service awards for each of the class representatives.

We purchased life lock memberships, had our identity stolen and we were never notified by lifelock.

Deborah A Smith    4/4/16
(not represented by legal counsel)

170 Whitener Rd
Penrose NC. 28766

Ebarle V. Lifelock, Inc. Settlement
c/o GCG
P.O. Box 10248
Dublin, Ohio 43017-5748

Attn: Settlement Administrator

1. Dianne K Shine - 8A5B3748D5



**THOMAS M. & DIANNE K. SHINE**
540 BRITTON DRIVE, KING OF PRUSSIA, PA 19406
MOBILE: 610.256.6184 •FAX: 215.827.5751•HOME: 610.265.7685
THOMAS.SHINE@VERIZON.NET



FEB 29 2016

February 23, 2016

<u>Sent via:</u>     <u>USPS Certified Mail Receipt #7015 1520 0002 4123 2052</u>

Settlement Administrator

Ebarle v. LifeLock, Inc. Settlement,

c/o Garden City Group

P.O. Box 10248

Dublin, OH 43017

Reference:     Claim #8A5B3748D5

Claim #DE0F19A98E

Gentlemen or Madam:

We strongly object to the outrageously high legal fee being requested in the subject matter.

Class Counsel intends to ask the Court to award attorneys' fees and expenses of up to $10,200,000 which we feel is unreasonable since subclass members will be receiving less than $100 for each claim filed.

Very sincerely,

Thomas M. Shine          Dianne K. Shine



1. Donald Carroll - E66C378CAB

**Catalina Cabuang**

| | |
|---|---|
| **From:** | Don Carroll <dcarroll@coastoakgroup.com> |
| **Sent:** | Monday, February 22, 2016 1:45 PM |
| **To:** | LL2 Info |
| **Subject:** | Objection to Class Counsel's Fee Request |

To the Settlement Administrator:
I am a LifeLock customer and am submitting a claim form via mail in the matter of Ebarle v Lifelock, Inc.
I hereby object to the proposed fee request from the Class Counsel in the amount of up to $10.2 million. This fee request is unconscionably large in relation to the pittance received by the individual Lifelock customers. The Subclass Members are expected to receive $34 to $39. This means that Class Counsel is proposing to receive payment equal to **at least 261,538 times** the *maximum* expected payment for an individual Subclass Member. This proposed fee amount is absolutely preposterous and fundamentally unfair. Class Counsel's fee should be reduced by a minimum of 90% with the $9 million in savings distributed to Subclass Members. The remaining fee of over $1 million would remain sufficient to compensate Class Counsel for its business efforts.
Regards,
Don Carroll

Don Carroll
6640 Lakewood Blvd
Dallas, Texas 75214
Mobile 214-674-0740
dcarroll@coastoakgroup.com

1

1. Donna Dalton - 59F21C30F3

**Catalina Cabuang**

| | |
|---|---|
| From: | Donna Dalton <d2semail@aol.com> |
| Sent: | Monday, February 22, 2016 12:46 PM |
| To: | LL2 Info |
| Subject: | Ebarle v. LifeLock, Inc. Settlement |

DONNA MICHELLE DALTON
8054 E. Hill St.
Lexington Indiana
47138

My objection has to do with the amount I paid to them to keep my LIFE LOCKED. It was around 300 dollars I paid them to keep me from having my identity stolen, as I had a loan taken out in my name. So, I paid to be hacked. All my emails and on line accounts were hacked. I want back AT THE LEAST what I paid for the service. Twenty dollars does not cover any where near the fee they charged me.

Thank you

Donna Dalton

1

To Whom it may concern,

Per the class action settlement notice, I am objecting, as a class member, to class councils Fee application.

Thanks

Dorothy A. Thompson
Claim ID #
64AE4FA03

Mr. & Mrs. Michael Thompson
299 Mallard Pl, Unit - C
Lake Barrington, IL 60010-1721



CAROL STREAM IL 600..
10 MAR 2015 PM 5 L

EBARLE V. LIFELOCK INC.
SETTLEMENT
C/O GARDEN CITY GROUP, LLC
P.O. BOX 10248
DUBLIN, OHIO 43617

Re: Ebarle et al v. Lifelock, Inc., Case No. 3:15-CV-258-HSG;

We Object the Class Counsel's request for attorney's fees and expenses, and the request for service

Awards for each of the class representatives.

*[Stamp: Garden City Group, LLC — APR 19 2016]*

Edward V. Smith, 170 Whitener Rd. Penrose, NC 28766

828-384-9080

We purchased life lock memberships and our SS #'s / identity was stolen and we were never notified by lifelock.

X ___EV Smith___    4/24/16

Claim # 7AA1470054

(not represented by legal Counsel)

170 Whitener Rd
Penrose, NC 28766

Ebarle V. Lifelock, Inc. Settlement
c/o GCG
PO Box 10248
Dublin, Ohio 43017-5748
Attn: Settlement Administrator

43017574648

March 7, 2016

TO: Settlement Administrator Ebarle v. LifeLock, Inc. Settlement, c/o Garden City Group, P.O. Box 10248, Dublin, OH 43017-5748

FROM: George Johnson

RE: *Ebarle et al. v. LifeLock, Inc.*, Case No. 3:15-CV-258-HSG, Claim ID: 5816AEB7B2

To Whom It May Concern,

My name is George Allen Johnson, Jr. My address and phone number are as follows:

PO Box 941371 Atlanta, GA 31141    404-483-3977.

I am objecting to the proposed settlement in this case in regards to the amount of cash payment to Class Members of $20 and Subclass Members of between about $34-$39.

As a member of the Class and Subclass, to redress the wrong, I feel that I am entitled to receive the full amount of the fees charged to me by LifeLock for the 3 years of membership I have been enrolled in by LifeLock. The amount of those memberships beginning in November, 2013 is $93.50 annually or $280.50 total.

I am not represented by counsel in this matter.

Sincerely,

George Johnson

George Johnson



Johnson
PO Box 94137I
Atlanta, GA 31141

Gaelen City Group
PO Box 10248
Dublin, OH 43017
c/o LifeLock Inc Statement
Case No 3:15-cv-258-HSG

43017574848

1. Rosalee Parker - B5F5F980B1

| MUST BE POSTMARKED OR EMAILED ON OR BEFORE APRIL 29, 2016 | *Ebarle v. LifeLock, Inc. Settlement*<br>c/o Garden City Group<br>P.O. Box 10248<br>Dublin, OH 43017-5748<br>Toll-Free: 1 (855) 907-3140<br>Info@EbarleClassSettlement.com | LL2  |

Claim No: 8322828     Control No: 3233881639



GEORGE S. PARKER
6 NORTH OAK CIRCLE
RIGBY, ID 83442
US

 MAR - 8 2016

### CLAIM FORM  ID B5F5F980B1

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM.**

**YOUR CLAIM FORM MUST BE EMAILED or POSTMARKED BY APRIL 29, 2016.**

**CLAIMANT INFORMATION:**

Name (First, Middle, Last): RoSALee PARKeR

Mailing Address: 6 NoRTh oAK CiRcLe

City: Rigby     State: Id     ZIP: 83442

Email (optional): LeePARKeR4@gmAiL.Com

I certify that the foregoing is true and correct:

Signature: *Rosalee Parker*

Name (please print): RoSALee PARKeR

Date: 03/05/2016

To view Garden City Group's Privacy Notice, please visit http://www.gcginc.com/pages/privacy-policy.php

QUESTIONS? VISIT WWW.EBARLECLASSSETTLEMENT.COM OR CALL TOLL-FREE 1 (855) 907-3140



LL2

Ebarle v. LifeLock, Inc. Settlement
c/o Garden City Group
P.O. Box 10248
Dublin, OH 43017-5748
Toll Free: 1 (855) 907-3140

MUST BE POSTMARKED OR EMAILED ON OR BEFORE APRIL 29, 2016

Claim No. 8322?78 Control No. 3233881609

GEORGE S PARKER
6 NORTH OAK CIRCLE
RIGBY, ID 83442
US

# Welcome to LifeLock Ultimate™ membership.

Providing you the highest level of protection, detection and peace of mind.

## CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM.**

Thank you for choosing LifeLock Ultimate protection. You've secured your good name with the most comprehensive [illegible]

**YOUR CLAIM FORM MUST BE EMAILED or POSTMARKED BY APRIL 29, 2016.**

your service as a LifeLock Ultimate member.

CLAIMANT INFORMATION:

Remember, as a LifeLock Ultimate member, you enjoy the ultimate experience [illegible] at your disposal 24 hours a day, seven days a week. Don't hesitate to contact us with any questions by email at

Name (First, Middle, Last):

Mailing Address:

If you haven't already, please complete your online profile by signing in to your secure member portal at

Sincerely,
LifeLock Member Services

City: State: Zip:

Email (optional):

PLEASE NOTE: Your LifeLock Ultimate membership is subject to the enclosed terms and conditions. LifeLock does not engage in outbound telemarketing and will not attempt to collect personal financial or identification information through an outbound telephone call. When LifeLock does call individuals, it is to alert them of activity on their accounts — these calls are for NOTIFICATION purposes only. For your protection, if we need to collect information, we will always ask you to contact us at 1-800 LifeLock (543-3562), or provide information via your secure online member portal at LifeLock.com.

I certify that the foregoing is true and correct.

Signature:

Name (please print):

of LifeLock, Inc. View our Privacy Policy at www.LifeLock.com/privacy. View our Terms and Conditions at www.LifeLock.com/terms. [illegible]
All Rights Reserved.

Date: / /

To view Garden City Group's Privacy Notice, please visit http://www.gardencitygroup.com/privacy-policy

QUESTIONS? VISIT WWW.EBARLECLASSSETTLEMENT.COM OR CALL TOLL-FREE 1(855) 907-3140

Joined Sept.-2012

*[signature]*

# Welcome to LifeLock Ultimate™ membership.

Providing you the highest level of protection, detection and peace of mind.

Dear George Parker Sr.,

Thank you for choosing LifeLock Ultimate protection. You've secured your good name with the most comprehensive identity theft protection available. The enclosed brochure highlights all the tools now at your service as a LifeLock Ultimate member.

Remember, as a LifeLock Ultimate member, you enjoy the ultimate experience with priority status at your disposal 24 hours a day, seven days a week. Don't hesitate to contact us with any questions by email at Member.Services@LifeLock.com or using your priority access line: 1-800-607-5619.

If you haven't already, please complete your online profile by signing in to your secure member portal at LifeLock.com. The information you provide is essential to better monitor and protect your identity.

Sincerely,
LifeLock Member Services

PLEASE NOTE: Your LifeLock Ultimate membership is subject to the enclosed terms and conditions. LifeLock does not engage in outbound telemarketing and will not attempt to collect personal financial or identification information through an outbound telephone call. When LifeLock does call individuals, it is to alert them of activity on their accounts — these calls are for NOTIFICATION purposes only. For your protection, if we need to collect information, we will always ask you to contact us at 1-800-LifeLock (543-3562), or provide information via your secure online member portal at LifeLock.com.

©2005-2012. LifeLock. All Rights Reserved. LifeLock, the LockMan Logo and "Relentlessly Protecting Your Identity" are trademarks or registered trademarks of LifeLock, Inc. View our Privacy Policy at www.LifeLock.com/privacy. View our Terms and Conditions at www.LifeLock.com/terms. ©2012 LifeLock, Inc. All Rights Reserved.

To The Administrator     3-05-16
Lifelock Inc Settlement

3 Items To Review

1. I had Idenity Thief on Aug-24-2012 in Idaho Falls, Idaho And Signed up with Lifelock in Early Sept. 2012.

2. I AM A SubClass member, Also Attachment is my Welcome Kit Letter From Lifelock.

3. Object To Attorney Fees - Excessive! Give The Law Firm - 5% of The Settleme That would Include Expenses. Lawyers Are Too darn greedy. Give The money To The People Lied To.

                 Sincerely Yours,
                 George S. Parker Sr



*Joined Sept. - 2012*

*[signature]*

# Welcome to LifeLock Ultimate™ membership.

Providing you the highest level of protection, detection and peace of mind.

Dear George Parker Sr.,

Thank you for choosing LifeLock Ultimate protection. You've secured your good name with the most comprehensive identity theft protection available. The enclosed brochure highlights all the tools now at your service as a LifeLock Ultimate member.

Remember, as a LifeLock Ultimate member, you enjoy the ultimate experience with priority status at your disposal 24 hours a day, seven days a week. Don't hesitate to contact us with any questions by email at Member.Services@LifeLock.com or using your priority access line: 1-800-607-5619.

If you haven't already, please complete your online profile by signing in to your secure member portal at LifeLock.com. The information you provide is essential to better monitor and protect your identity.

Sincerely,
LifeLock Member Services

PLEASE NOTE: Your LifeLock Ultimate membership is subject to the enclosed terms and conditions. LifeLock does not engage in outbound telemarketing and will not attempt to collect personal financial or identification information through an outbound telephone call. When LifeLock does call individuals, it is to alert them of activity on their accounts -- these calls are for NOTIFICATION purposes only. For your protection, if we need to collect information, we will always ask you to contact us at 1-800-LifeLock (543-3562), or provide information via your secure online member portal at LifeLock.com.

©2006-2012. LifeLock. All Rights Reserved. LifeLock, the LockMan Logo and "Relentlessly Protecting Your Identity" are trademarks or registered trademarks of LifeLock, Inc. View our Privacy Policy at www.LifeLock.com/privacy. View our Terms and Conditions at www.LifeLock.com/terms. ©2012 LifeLock, Inc. All Rights Reserved.

To The Administrator                3-05-16
LifeLock Inc. Settlement

3 items To Review

1. I had Idenity Thief on Aug-24-2012 in Idaho Falls, Idaho and signed up with LifeLock in Early Sept. 2012

2. I am a SubClass member, also attachment is my Welcome Kit Letter from LifeLock.

3. Object To Attorney Fees - Excessive! Give the Law Firm - 5% of the Settlement That would Include Expenses. Lawyers are Too darn Greedy. Give the money To The People Lied To.

Sincerely Yours,
George S. Parker Sr