## CONCLUSION

For the foregoing reasons, this Court should award Class Counsel a fee of no more than $3.2 million, and require Lifelock to pay the remaining $7 million to the class.

_____
James E. Pentz

Respectfully submitted,
By his attorney,

/s/ *John J. Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

Case 3:15-cv-00258-HSG Document 146 Filed 04/08/16 Page 6 of 20

4

1. Janice Giordano - 48EF6E5F4C

**Catalina Cabuang**

| | |
|---|---|
| From: | Giordano, Janice Bowen <Janice.Bowen@UnitedAluminum.com> |
| Sent: | Wednesday, February 24, 2016 4:41 AM |
| To: | LL2 Info |
| Subject: | objecting to fee requested by class counsel in Ebarle v. LifeLock |

**Dear Settlement Administrator,**

I am writing to let you know that I feel $10,200,000 is far too much fee for any case. Class action suits that give a pittance to those who may have been wronged and a fortune to the attorneys are a serious flaw in the legal system.

Please do not give any service award and please set the attorneys' fees and expenses at a more reasonable amount.

Thank you for your consideration,

*Janice Bowen Giordano*
*173 Morgan Ave*
*East Haven, CT 06512*

Claim ID  48EF6E5F4C

1

1. Jay Richardson - D861674846

March 1, 2016



Settlement Administrator:

Ebarle v. LifeLock, Inc.  Settlement

c/o GardenCity Group

PO Box 10248

Dublin, OH 43017-5748

Ebarle et al. v. LifeLock, Inc., Case No. 3:15-CV-258-HSG;

Claim #   D861674846

My name is Jay Richardson,  address 1900 Drury Lane, Mission Hills, Ks 66208. Phone number 913-660-8587.

I am not represented by counsel.

I wish to object to the amount of payment to the attorneys of $10,200,000.00 .  They should not receive any more than $200,000.00

I object to the $2,000.00 payment as a service award to class representatives.  They  should not be paid any more than all of the other class members.

Sincerely, Jay Richardson



1. Jennifer Hinojosa - 68ECE5F577

**Catalina Cabuang**

| | |
|---|---|
| **From:** | Jennifer Deachin <rican6974@yahoo.com> |
| **Sent:** | Tuesday, April 12, 2016 7:29 AM |
| **To:** | LL2 Info |
| **Subject:** | Ebarle Et al v. LefLock, Inc. |
| **Attachments:** | Objections Letter Signed.pdf |

Please find the attached Objections to the class cation settlement and the request for Attorneys' fees.
Jennifer Hinojosa

A message from Yahoo Mail. Check it out

1

JENIFFER HINOJOSA
4932 SW 19th Street
Gainesville, Florida 32608
(352) 283-8865

April 12, 2016

Settlement Administrator
Ebarle v. Lifelock, Inc. Settlement
c/o Garden City Group      By email to: info@EbarleClassSettlement.com
PO Box 10248
Dublin, OH 43017-5748

Re: Ebarle et al v. LifeLock, Inc.
Case No. : 3:15-cv-258-HSG
OBJECTIONS TO: THE CLASS ACTION SETTLEMENT; AND THE REQUEST FOR ATTORNEYS' FEES.

Dear Gentlepersons:

    My name is Jennifer Hinojosa. I'm a class member. My name and address are set forth above.

    As I understand this proposed settlement, there are 6.8 million class members, and a $68 million settlement fund secured by the FTC in an unrelated case in Arizona. On its face therefore it looks as if someone arbitrarily multiplied the number of class members by $10 to reach the settlement amount. I say arbitrarily because, at a minimum, LifeLock charges its customers $9.99 a month for its basic service. So, $10 is what a class member using Lifelock standard paid for one months service, plus a penny. Furthermore, since 6.8 million class members paid LifeLock at least $68 million a month, arithmetic shows that LifeLock made at least $896 million a year ripping off class members. And, since the notice says that the class-action deals with September 2010 to January 2016, reasonably you could multiply the $896 million times 5 and conclude that LifeLock's wrongful behavior resulted in the company receiving about 4 ½ billion dollars from class members. In which case $68 million represents about a penny and a half of each dollar of damages. Therefore I'd like the court to get some explanation from class counsel of why a penny and a half per dollar is an adequate settlement.

    The Proposed Attorney Fee Award also appears to be unreasonable. I understand class counsel is requesting attorneys' fees and expenses of up to $10,200,000.00. I just don't understand why the class would possibly pay that much, since the money was secured by the FTC as part of an agreed contempt payment for LifeLock's violation of a 2010 district court order.

    It seems unreasonable and excessive to pay the attorneys in this matter $10,200,000 for 12 months of work; considering that all the money is coming from the FTC case.

I am represented by Alan Sherwood, Esq. based in Hayward, California and referring counsel, N. Albert Bacharach, Jr. of Gainesville, Florida. Although I currently have no plan to attend the Fairness Hearing scheduled for June 23, 2016 at 2:00 p.m. in San Francisco, I would like to reserve the right to appear for myself and for my counsel.

Thank you for your attention to my concerns.

Sincerely,

Jennifer Hinojosa

1. Luco Pierre - 94EBF8CF06

**Catalina Cabuang**

| | |
|---|---|
| **From:** | Joshua Pierre <slifer_joshua@yahoo.com> |
| **Sent:** | Wednesday, April 13, 2016 7:44 PM |
| **To:** | LL2 Info |
| **Subject:** | Objection to Settlement |
| **Attachments:** | Scan.pdf |

Good evening,

Thank you for informing me of this class action lawsuit. After calling in, I wanted to submit my objection to the settlement. I have it attached. Please call me at 7864432631 for any questions. If I fail to answer, please leave me a voice mail and I will call you back.

-Joshua L. Pierre

1

April 13, 2016

Ebarle et al. v. LifeLock, Inc.
Case No. 3:15-CV-258-HSG

Luco Joshua Pierre & Jessica Premice
(786)-443-2631 & (786)-443-2477
9032 SW 142nd Ave, Apt 535,
Miami, FL, 33186

Greetings to all parties involved. I received notification of this class action lawsuit via email. My wife and I have since been identified as a Subclass members.

We are disappointed that LifeLock did not seem to deliver all of its promised services. Throughout our membership with LifeLock, we spent at least $176 for the services LifeLock promised us. It may have been more because my bank statements (see attached) show that I paid for a LifeLock "renewal." I covered myself as well as my wife (at the time girlfriend, Jessica Premice).

We are objecting this settlement. Though receiving $34-$39 would be better than receiving nothing, it does not compare to the minimum of $176 we paid. If a judge rules that LifeLock did not live up to their promises, then that severely damages the trust my wife and I had with them. It also will make us skeptical of other identity-protection organizations.

Please consider our objection as we are not represented by attorneys of our own. Feel free to contact us at any of the numbers listed above. Thank you.

_Luco J. Pierre_
Luco Joshua Pierre

_Jessica Premice_
Jessica Premice

# CHASE ◯

February 23, 2012 through March 21, 2012
Primary Account: 000000████████793

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Card Purchase With Pin  03/03 Wal-Mart #1590 Hialeah FL Card 0947 | 14.28 |
| 03/05 | Card Purchase        03/04 Kfc #G979005 North Miami FL Card 0947 | 23.52 |
| 03/05 | Card Purchase        03/04 Little Caesars #2259 Miami FL Card 0947 | 5.35 |
| 03/07 | Card Purchase        03/06 Pollo Tropical #0025 North Miami FL Card 0947 | 8.54 |
| 03/07 | Card Purchase W/Cash   03/07 Walgreens 15050 Bisc North Miami FL Card 0947 Purchase $3.98 Cash Back $20.00 | 23.98 |
| 03/09 | Card Purchase With Pin  03/09 Publix Super Mar 128 North Miami FL Card 0947 | 14.22 |
| 03/12 | Card Purchase W/Cash   03/10 Target T1038 Target North Miami FL Card 0947 Purchase $15.30 Cash Back $10.00 | 25.30 |
| 03/12 | Card Purchase With Pin  03/10 Target T1038 Target North Miami FL Card 0947 | 18.03 |
| 03/13 | ATM Withdrawal       03/13 175 N.W. 199th Street Miami FL Card 0947 | 40.00 |
| 03/13 | Recurring Card Purchase 03/12 Loc:Lifelock Renewal 800-5433562 AZ Card 0947 | 176.00 |
| 03/14 | Card Purchase With Pin  03/14 Walgreens 15050 Bisc North Miami FL Card 0947 | 6.19 |
| 03/15 | Card Purchase        03/15 Annas Linens North Miami FL Card 0947 | 32.08 |
| 03/15 | Card Purchase With Pin  03/14 Wal-Mart #3235 North Miami FL Card 0947 | 43.50 |
| 03/15 | ATM Withdrawal       03/15 12600 Nw 7th Ave Miami FL Card 0947 | 260.00 |
| 03/16 | Card Purchase        03/16 Metropcs 877-315-6074 TX Card 0947 | 69.00 |
| 03/16 | Card Purchase        03/16 Metropcs 877-315-6074 TX Card 0947 | 2.00 |
| 03/16 | Recurring Card Purchase 03/16 Ppl Membership R 800-654-7757 OK Card 0947 | 26.00 |
| 03/19 | Card Purchase        03/15 Leader Insurance 800-7821020 TX Card 0947 | 370.84 |
| 03/19 | ATM Withdrawal       03/17 175 Nw 199th St Miami FL Card 0947 | 40.00 |
| | **Total ATM & Debit Card Withdrawals** | **$1,482.82** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23 | Mastercard    Payment  O Joshua Pierre Web ID: ██████0000 | $10.00 |
| 03/01 | 03/01 Transfer To Sav Xxxxx6752 | 25.00 |
| 03/05 | Chase   Epay   1288262492   Web ID: 5760039224 | 100.00 |
| 03/16 | Mastercard    Payment  O Joshua Pierre Web ID: ██████0000 | 936.00 |
| | **Total Electronic Withdrawals** | **$1,071.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

*. Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## REWARDS SUMMARY   Chase Debit Card

UR ultimate rewards

| DATE | DESCRIPTION |
|---|---|
| 03/21 | Earn Ultimate Rewards points when you shop at popular in-store retailers plus earn up to 10 bonus points for every dollar you |

1. Jill Piazza - 62F33787F4

**Catalina Cabuang**

| | |
|---|---|
| **From:** | Jill Sheffield Piazza <jills1269@yahoo.com> |
| **Sent:** | Wednesday, April 13, 2016 11:28 AM |
| **To:** | LL2 Info |
| **Subject:** | LifeLock |
| **Attachments:** | LifeLockLetter.04.13.2016.pdf |

Please see the attached correspondence.

Please respond to this email confirming receipt.

Thank you ~

~ Jill Piazza ~

1

*Stephen & Jill Piazza*
495 Jordan Drive
Lumberton, Texas 77657
(409) 782-1784
(409) 781-2002
Jills1269@yahoo.com

April 13, 2016

Settlement Administrator for the Ebarle v. Lifelock, Inc. Settlement
c/o GARDEN CITY GROUP                              **VIA ELECTRONIC MAIL**
PO Box 10248
Dublin, OH 43017-5748

    RE:    Ebarle et al v. LifeLock, Inc.
             Case No. 3:15-cv-258-HSG US District Court Northern District of California
             Objections To the Class Action Settlement and the Request for Attorneys' Fees.
             Filed by Email: Info@ebarleclasssettlement.com

Dear Sir or Madam:

    Please be informed that the undersigned, Jill Piazza and Stephen Piazza are class members residing at 495 Jordan Drive, Lumberton, TX 77657. Our phone numbers, respectively are (409) 781-2002 and (409) 782-1784.

    We are writing to object to both the amount of the proposed settlement and the amount of the proposed attorney's fees. We have read the notice and cannot find any information about, how much money LifeLock wrongfully received from class members including us during the time period covered by this class action. We can't determine whether the $68 million settlement fund is a reasonable amount to settle for; in that we don't know how much money LifeLock received from class members over the years. We assume that LifeLock received quite a bit of money from the 6.8 million class members over the years. We can't figure out what percentage of that money we are settling for, because we don't know how much money LifeLock received over time from the class members. If we were all duped by LifeLock, shouldn't we be getting all of the money back? Additionally, we understand that the FTC secured the $68 million that makes up the settlement fund. And we were curious as to whether our damages were capped by the FTC's acceptance of that amount or whether class counsel could have asked LifeLock for another $68 million or more?

    In light of our concerns we don't think we should be paying $10,200,000 in attorney's fees. The online documents are all dated 2015. So we don't believe the lawyers could possibly have over $10 million in time invested in this case.

    We think a $2,200,000 fee would be more appropriate than a $10,200,000 fee for class counsel.

Settlement Administrator for the Eberle v. Lifelock, Inc. Settlement
c/o GARDEN CITY GROUP
April 13, 2016
Page 2

    We are represented by attorney, Stuart Yoes of Beaumont Texas and Alan Sherwood, a California lawyer. We would like Mr. Sherwood to attend the Fairness Hearing scheduled for **June 23, 2016 at 2:00 p.m.** in San Francisco.

    Thanking you in advance for your attention.

Sincerely yours,

Jill Piazza & Stephen Piazza

/jrp

1. John Rice - F66CFE9C8E

**Catalina Cabuang**

**From:** John Rice <ricework1@me.com>
**Sent:** Thursday, February 18, 2016 4:02 PM
**To:** LL2 Info
**Subject:** Lifelock settlement objection and request for actions

My claim number is 6716AB9448 and I object to this settlement based on the grounds that the legal fees are exorbitant and thus depriving me of what should be my full settlement. I expect a detailed summary including names of individuals, times, dates for all all hours billed so that they can examined. I request that these also be mailed or emailed to each and every person covered under this class action suit so that they have the ability to examine the hours billed well. Please forward this to the opposing legal counsel and the court/Judge in this case. I would ask that the Judge in the case rule that everyone must receive copies of the detailed billing for legal fees and then give each and every person covered under this class action given ample time to examine these and determine whether the fees they've proposed are legitimate. These should be sent by registered mail to confirm that all members of this class action suit have received this critical material. Also, all class action members will need access to their counsel should they have any questions. Please confirm that you have done these things. You could also forward me the contact information to the Judge/court/defendant counsel. Thank you, John Rice

2

1. Jonathan Gross - DC31A9C85A

**Catalina Cabuang**

| | |
|---|---|
| **From:** | Jon Gross <jonathanetangross@yahoo.com> |
| **Sent:** | Thursday, February 18, 2016 6:41 PM |
| **To:** | LL2 Info |
| **Subject:** | Ebarle et al v. Lifelock, Inc., Case No. 3:15-CV-258-HSG |

I object to the class settlement in the case Ebarle et al v. LifeLock, Inc., Case No. 3:15-CV-258-HSG. I am a class member, my name is Jonathan Gross and my telephone number is 713-806-7485. I am representing myself and I am not represented by counsel. I object to the settlement based on unreasonable attorney's fees, inadequate notice and conflict of interest.

Counsel is requesting "up to $10.2 million" in fees and expenses while giving no specific details as to the breakdown of those fees and expenses. The proposed settlement is $68 million according to the notice I was provided via email on February 18, 2016. Notice was insufficient under Fed. R. Civ. Proc. 23(c)(2)(B). The notice must be "reasonably calculated under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections". In order to determine whether counsel fees are reasonable and are not excessive further disclosure as to the breakdown of those fees must be disclosed. Class members can file claims making them eligible for "up to $20" while counsel fees are requested up to $10.2 million. The information contained in the class action notice does not provide enough information to perform a lodestar calculation.

Jonathan Gross
C: 713.806.7485
Jongross@jongross.net

1





(Envelope, upside-down return address:)
Lifelock Inc. Settlement
c/o Garden City Group, LLC
P.O. Box 10246
Dublin, OH 43017

Postmark: BUFFALO NY 142, 14 APR 2016 PM 6 L

Return address label: Joshua Minor Jr., 53 Lark St. Lower, Buffalo, NY 14211-1127

(Handwritten letter below envelope:)

Date: April-10-2016
Claim I.D. 761RE709F5

Stamps: Garden City Group, LLC APR 19 2016 ; APR 10 2016

Listen: To class action settlement a member; Lifelock Identity; theft protection plan, Here is my object to the settlement. Also submit a claim for a payment; under the settlement, Postmarked by April 14-2016. Lifelock promise to provide timely and continuous alerts potential fraud for 365 days a year.

Thank you; Lifelock Inc.
Sgin, Mr. Joshua Minor Sr.,
53 Lark Street Lower
Buffalo, New York 14211

P.S. My Phone: 716-832-0007
Mobile: 716-432-0535

To Settlement Administrator

As CLASS and SUBCLASS members:
We (Karen Flory and Clyde Flory) object to the <u>magnitude</u> of the Class Counsel's <u>fees</u> and request they divulge the <u>hourly rate</u> of charged compensation and the <u>number of hours spent</u>.

Thank you.

_____Karen Flory_____  04/06/2016
Karen Flory

_____Clyde Flory_____  04/06/2016
Clyde Flory

1. Larry Swartz - 727C069E93

March 16, 2016

Settlement Administrator
PO 10248
Dublin OH 43017-5748

Dear Sir/Ms:

I ask for reconsideration of the inordinate disparity between legal fees asked for and granted and the monies paid into LifeLock by people like me who made this all possible for these fees in the first place. I am not represented by council, for if I did that, I'd be part of the problem. I have been a "member" of LifeLock since inception (practically).

Larry A. Swartz
7841 E Knollwood Ter
Tucson AZ 85750
Claim 727C069E93
larry@larryswartz.com  -  520-429-2143  cell

*[Garden City Group, LLC stamp: MAR 21 2016]*

Dear Larry,

Thank you for your email. If you are a Class Member and don't exclude yourself, you can object to any part of the Settlement, the Settlement as a whole, Class Counsel's request for attorneys' fees and expenses, and/or the request for service awards for each of the Class Representatives. Any objection must be made in writing and include the following information:
- The name of this case, which is *Ebarle et al. v. LifeLock, Inc.*, Case No. 3:15-CV-258-HSG;
- Your full name, address and telephone number;
- If applicable, the name and address of any person claiming to be legally entitled to object on your behalf and the basis of such legal entitlement;
- All grounds for your objection;
- Whether you are represented by counsel, and if so the identity of such counsel;
- Your signature (an attorney's signature is not sufficient).

To be considered, your objection must be mailed or emailed to the Settlement Administrator:
Ebarle v. LifeLock, Inc. Settlement
c/o GCG
PO Box 10248
Dublin, OH 43017-5748

info@EbarleClassSettlement.com



1. Laura Feldhacker - 5965C2FDEC

Ebarle v. Lifelock, Inc. Settlement

Laura Jean Feldhacker

Garden City Group, LLC

P. O. Box 81

P.O. Box 10248

Spencer, Iowa   51301

Dublin, OH 43017

Dear Lifelock,

I object! I will not settle for less than THREE MILLION DOLLARS.

Truly,

Laura Jean Feldhacker

*Garden City Group, LLC — MAR 2 4 2016* (stamp)