UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIFELOCK, INC.,<br><br>    Defendant. | Case No. 15-cv-00258-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 93 |

    Judgment is hereby entered consistent with the Court's Order Granting Final Approval of Settlement; Granting Attorneys' Fees,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 20th day of September, 2016.


                                                Susan Y. Soong
                                              Clerk of Court


                                       By: _____
                                              Nikki D. Riley
                                              Deputy Clerk to the Honorable
                                              HAYWOOD S. GILLIAM, JR.