| | |
|---|---|
| Name Steven F. Helfand, SBN 206667 | |
| Address 910 West Avenue, Unit 438 | |
| City, State, Zip Miami Beach, FL 33139 | |
| Phone 415.596.5611 | |
| Fax none | |
| E-Mail sh4078@gmail.com | |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NAPOLEON EBARLE

PLAINTIFF(S),

v.

LIFELOCK, INC.,

DEFENDANT(S).

CASE NUMBER:

15-CV-00258-HSG

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ Walter F. Ellingwood, III _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Dkt 93 - Order of Final Approval &
Attorneys Fees (and Incentive Awards)

☒ Judgment (specify):

Dkt 94 (Judgment)

☒ Other (specify):

Imposed or Filed on ___ September 20, 2016 ___. Entered on the docket in this action on September 20, 2016 ___.

A copy of said judgment or order is attached hereto.

___ September 20, 2016 ___
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).