LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

CYNTHIA A. RICKETTS (Admitted *pro hac vice*)
cricketts@srclaw.com
SACKS, RICKETTS & CASE LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Phone: (602) 385-3370
Fax: (602) 385-3371

Attorneys for Defendant
LifeLock, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON EBARLE, JEANNE STAMM, and BRIAN LITTON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:15-CV-00258-HSG<br><br>**ORDER REGARDING PAYMENT OF SETTLEMENT FUND RESIDUALS TO THE FEDERAL TRADE COMMISSION** |

Having reviewed and considered LifeLock, Inc.'s Administrative Consent Motion Regarding Payment of Settlement Fund Residuals to the Federal Trade Commission (the "Motion"), and with good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Settlement Administrator is to pay directly to the Federal Trade Commission ("FTC") all amounts that would otherwise be deposited into the

- 1 -

registry of the United States District Court for the District of Arizona pursuant to paragraphs 57, 63, and 81 of the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Settlement Administrator immediately may pay to the FTC from the Settlement Fund an amount, to be set in the Settlement Administrator's discretion, to satisfy the FTC's demand for immediate payment pursuant to the January 4, 2016 Amended Order, ECF No. 67, *FTC v. LifeLock, Inc*., No. 2:10-cv-530 (D. Ariz.), provided that no class members are thereby adversely affected and all outstanding settlement benefit checks that are timely presented for payment before their expiration on June 28, 2017 are honored. As necessary following payment to the FTC, LifeLock will pay to the Settlement Fund an amount sufficient to ensure that outstanding settlement benefit checks that are timely presented for payment prior to their expiration on June 28, 2017 are honored.

Dated: June 21, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge